# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ELIZABETH A. CARLISLE, | : | |
| Plaintiff, | : | Case No. 3:05CV0238 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| JO ANNE B. BARNHART,[1]<br>Commissioner of the Social<br>Security Administration, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations (Doc. #18) is ADOPTED in full;

---

[1] Michael J. Astrue, the present Commissioner of the Social Security Administration, is the proper-party defendant in this case. For docketing continuity, the caption of this case will remain the same.

2. Plaintiff's Motion to Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #15) is GRANTED;

3. The Commissioner shall pay Plaintiff's attorney fees pursuant to the EAJA in the total amount of $3,489.84; and

4. The case remains terminated on the docket of this Court.

*Walter Herbert Rice*
United States District Judge